COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-19-00046-CV |
| Style: | Helen Huong Lan Nguyen, a/k/a Mrs. Van Binh v. Maya Dangelas, As Next Friend of Her Minor Child, K.D. |
| Date motion filed*: | March 11, 2019 |
| Type of motion: | First Motion to Extend Time to File Brief |
| Party filing motion: | Appellant Helen Nguyen's Counsel, Mark Bennett |
| Document to be filed: | Appellant's Brief |

Is appeal accelerated?    Yes (interlocutory).

If motion to extend time:

| | |
|---|---|
| Original due date: | N/A (no briefing deadline set) |
| Number of extensions granted: | 0          Current Due Date:  N/A |
| Date Requested: | April 25, 2019 |

Ordered that motion is:

☑ Granted

      If document is to be filed, document due:  April 25, 2019.

      ☑ **No further extensions of time will be granted absent extraordinary circumstances.**

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑ Other: _____

Although the clerk's record was filed on February 18, 2019, no briefing deadline had been set because no timely response had been received by appellant to the Clerk of this Court's January 18, 2019 late reporter's record fee notice.  Accordingly, appellant's motion to extend time to file brief, construed to include a request to set the briefing schedule without the reporter's record, is **granted until April 25, 2019, but with no further extensions to be granted absent extraordinary circumstances**. *See* TEX. R. APP. P. 37.3(c)(1).  The Clerk of this Court is directed to mark April 25, 2019, as appellant's brief deadline.

Judge's signature: ___/s/ Justice Evelyn V. Keyes_____

              x  Acting individually      ☐  Acting for the Court

Date: ___March 19, 2019_____